JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA, | CV 24-7434 PA (SKx) |
|     Plaintiff, | JUDGMENT OF DISMISSAL |
|   v. | |
| ANTELOPE VALLEY INVESTMENTS, INC., et al., | |
|     Defendant(s). | |

Pursuant to the Court's November 25, 2024 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Maria Garcia ("Plaintiff") against defendant Antelope Valley Investments, Inc., it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: November 25, 2024

                                                Percy Anderson
                                  UNITED STATES DISTRICT JUDGE